**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001075
18-DEC-2014
08:03 AM**

NO. CAAP-14-0001075

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DOUGLAS BITTERMAN, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(S.P.P. NO. 12-1-0009; CR. NO. 96-114)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On August 25, 2014, Petitioner-Appellant Douglas Bitterman (**Appellant**), pro se, filed a notice of appeal;

(2) On September 30, 2014, the record on appeal was filed, making the statement of jurisdiction due on October 10, 2014, and the opening brief due on November 10, 2014;

(3) Thereafter, Appellant failed to file a statement of jurisdiction or opening brief, and on November 19, 2014, the appellate clerk informed Appellant that the aforementioned deadlines had expired and the matter would be called to the

court's attention on December 1, 2014 for action that the court deemed proper, which may include dismissal of the appeal. The appellate clerk notified Appellant that he could move for relief from the defaults.

(4) Thereafter, Appellant did not file the statement of jurisdiction or opening brief or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, December 18, 2014.

Chief Judge

Associate Judge

Associate Judge